CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Jesse Wall treaty holder
      Plaintiff(s)

Civil Action No. 1:25-cv-00005-Abj

vs.

Richard Lee Matthews Jr; Roxan Kerr Esq
      Defendant(s)

## AFFIDAVIT OF MAILING

I, __EMMA DILEAS__, hereby state that:

On the __25__ day of __JULY__, __2025__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Roxan A. Kerr, Esq.
The Law Offices of RA Kerr, PLLC
1301 K Street, NW
Suite 300W
Washington, DC 20005
202 702 0121       rkerr@rakerrlaw.com emailed courtesy copy, from plaintiff

UNIT# 104927
0217

I have received the receipt for the certified mail, No. __9589071052702384643719__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __30__ day of __JULY__, __2025__.

I declare under penalty of perjury that the foregoing is true and correct.

__8/1/2025__                                             __Emma Dilcas__
(Date)                                                          (Signature)

**RECEIVED**
AUG 1 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00005-ACR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RONAN KERR, ESQ.
was received by me on *(date)* 7/23/25.

☒ I personally served the summons on the individual at *(place)* USPS CERTIFIED MAIL 20005
1301 K ST NW, STE 300W, WASH, DC 20005 on *(date)* 7/25/25 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
CERTIFIED MAIL _____, a person of suitable age and discretion who resides there,
on *(date)* 7/25/25, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/28/25

Emma Dileas
*Server's signature*

EMMA DILEAS, Case Manager
*Printed name and title*

2401 VIRGINIA AVE NW, WASH, DC 20037
*Server's address*

Additional information regarding attempted service, etc:

Attached or with this is certified mailing and USPS receipt as per FRCP rule four and DC jurisdiction for allowed service. Also, July twenty-third, twenty-fourth, and thirty-first of two thousand and twenty-five [note someone hacked my laptop OS so I can type numbers easy] she was emailed kerr@rakerrlaw.com her correspondence on cases with a courtesy copy and service copy if court so allows, as per DC Bar lawyers must accept email notifications for their work in courts etc. Also, on May Nineteenth, two thousand and twenty-five, the clerk of DCD issued summons to listed email kerr@rakerrlaw.com summons and notice and consent docket number eleven, at three-eleven pm. Also copy sent first class mail too.
attached in email with this affidavit
"C:\Users\Jesse Wall\Downloads\kerr service green slip certified mailing.pdf"
"C:\Users\Jesse Wall\Downloads\kerr service usps receipt of certified mail for kerr.pdf"