```
========================================
MCPHERSON
Unit #: 1049270217    ZIP Code: 20006

Date: 07/31/2025  12:58 PM
========================================
           Tracking Status
        Business Date: 07/31/2025
----------------------------------------
           Tracking Number
9589071052702384643719

         Destination and Origin
Destination
ZIP Code:  20005-3317
City:      WASHINGTON
State:     DC
Origin
ZIP Code:  20037-9997
City:      WASHINGTON
State:     DC

Tracking Number Classification
Class/Service: First-Class Mail®
Class of Mail Code/Description: FC

Origin/Return/Pickup Address Info
Address:
City:
State:           ZIP Code: 20037-9997

Payment
Payment Type: 08
Payment Account Number: 000000000000
Postage: 1.07
Weight: 0 lb (s) 2.00 oz (s)
Rate Indicator: Single Piece - Letters


         Extra Services Details
----------------------------------------
Description: Certified Mail
Amount: 5.30
----------------------------------------

              Event Details
----------------------------------------
Event: AVAILABLE FOR PICKUP, FOR CALLER SERV
ICE
Date: 07/30/2025
Time: 21:44
Location: WASHINGTON, DC 20005
----------------------------------------

           For Further Information,
              go to USPS.com
```