CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Jesse Wall treaty holder
_____
    Plaintiff(s)

Civil Action No. 1:25-CV-00005-ACR

vs.

Richard Lee Matthews Jr and Roxan Kerr Esq
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __EMMA DILEAS__, hereby state that:

On the __25__ day of __JULY__, __2025__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Richard Lee Matthews Jr [7056 N Duncan Acres Dr Belmont NC 2012 (clerk of court mailed)]
to
1101 E Fargo St Broken Arrow OK 74012

UNIT #1049270217
I have received the receipt for the certified mail, No. __9589071052702384 63928__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __30__ day of __JULY__, __2025__.

I declare under penalty of perjury that the foregoing is true and correct.

__8/1/2025__                                          __Emma D Dileas__
    (Date)                                               (Signature)

**RECEIVED**
AUG 1 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00005-ACR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RICHARD LEE MATTHEWS Jr.
was received by me on *(date)* 7/23/25 .

☒ I personally served the summons on the individual at *(place)* USPS CERTIFIED MAIL, 1101 E FARGO ST, BROKEN ARROW, OK 74012 on *(date)* 7/25/25 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* CERTIFIED MAIL , a person of suitable age and discretion who resides there,
on *(date)* 7/25/25 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/28/25

*Emma Dilas*
Server's signature

EMMA DILEAS, Case Manager
Printed name and title

2401 VIRGINIA AVE NW, WASH, DC 20037
Server's address

Additional information regarding attempted service, etc:

Attached is the green certified mail slip and USPS receipt that FRCP rule four says in DC Jurisdiction that certified mail may be used for service. Also