```
========================================
MCPHERSON
Unit #: 1049270217    ZIP Code: 20006

Date: 07/31/2025  12:58 PM
========================================
              Tracking Status
         Business Date: 07/31/2025
----------------------------------------
              Tracking Number
         95890710527023846392860

           Destination and Origin
Destination
ZIP Code:  74012-9216
City:      BROKEN ARROW
State:     OK
Origin
ZIP Code:  20037-9997
City:      WASHINGTON
State:     DC

Tracking Number Classification
Class/Service: First-Class Mail®
Class of Mail Code/Description: FC

Origin/Return/Pickup Address Info
Address:
City:
State:             ZIP Code: 20037-9997

Payment
Payment Type: 08
Payment Account Number: 000000000000
Postage: 1.07
Weight: 0 lb (s) 2.00 oz (s)
Rate Indicator: Single Piece - Letters

           Extra Services Details
----------------------------------------
Description: Certified Mail
Amount: 5.30
----------------------------------------

                Event Details
----------------------------------------
Event: DELIVERED, LEFT WITH INDIVIDUAL
Date: 07/30/2025
Time: 14:21
Location: BROKEN ARROW, OK 74012
----------------------------------------

             For Further Information,
                go to USPS.com
```